UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **WILLIAM AUGUSTO PATZAN CULAJAY,** <br><br> **Petitioner,** <br><br> v. <br><br> **SYLVESTER M. ORTEGA** ***et al.*****,** <br><br> **Respondents.** | § § § § § § § § § | **NO. SA-26-CV-5549-OLG** |

**ORDER**

Pending before the Court is the status of this habeas proceeding, in which Petitioner requests release from custody. *See* Dkt. No. 1 at 15. After initiating this action, he was removed from the United States and released from custody. *See* Dkt. Nos. 4–5. Because the relief sought herein has been granted, this case is now moot. *See, e.g.*, *Herndon v. Upton*, 985 F.3d 443, 446 (5th Cir. 2021). Accordingly, the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Dkt. No. 1) is **DISMISSED AS MOOT**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** on September 9, 2026.

ORLANDO L. GARCIA
United States District Judge